**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAN 2 0 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA    )
                                     )
            v.                   )     CR. NO. 1:06 CR 029-MHT
                                     )       [18 USC 922(g)(1);
KEITH POUNCY               )       21 USC 844(a)]
                                     )
                                     )     INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about April 29, 2005, in Dale County, within the Middle District of Alabama,

KEITH POUNCY,

defendant herein, having been convicted of the following felony, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

    1)      September 8, 2004, Unlawful Possession of a Controlled Substance, Circuit Court of Coffee County, Alabama, CC-2004-26;

did knowingly possess in and affecting commerce a firearm, to-wit: a Keltec, CNC Industries, Inc. Model P11, 9mm pistol, serial number 105757, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about April 29, 2005, in Dale County, within the Middle District of Alabama,

KEITH POUNCY,

defendant herein, did intentionally and knowingly possess marijuana, in violation of Title 21, United States Code, Section 844(a).

<u>COUNT 3</u>

On or about April 29, 2005, in Dale County, within the Middle District of Alabama,

KEITH POUNCY,

defendant herein, did intentionally and knowingly possess cocaine hydrochloride, in violation of

Title 21, United States Code, Section 844(a).

A TRUE BILL:

_Jaynae D Gilbert_
Foreperson

_Leura G. Canary_
LEURA GARRETT CANARY
United States Attorney

_[signature]_
VERNE H. SPEIRS
Assistant Untied States Attorney