CBR202

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
CENTRAL RECORDS DIVISION
301 SOUTH RIPLEY STREET
MONTGOMERY, AL 36104
1 FEB 2006

RECEIVED

2006 FEB 15  A 11: 10

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

TO: UNITED STATES MARSHAL SERVICE
    ONE CHURCH STREET, STE A-100
    MONTGOMERY         AL 36104

RE:     POUNCY, KEITH
AIS NO: 00242753        CASE NUMBER : CR06-29MHT
R&S:    BM    DOB: 16 APR 1979
CHARGE(S): VIO GUN CONT ACT/POS MARI&HYDR

DEAR SIR:

    AS YOU HAVE REQUESTED WE HAVE PLACED A HOLDOVER AGAINST SUBJECT AND WILL
NOTIFY YOUR OFFICE APPROXIMATELY THIRTY (30) DAYS BEFORE DATE OF HIS RELEASE
SO YOU MAY ARRANGE TO TAKE CUSTODY.

    BY COPY OF THIS NOTIFICATION, THE WARDEN HAVING PHYSICAL CUSTODY OF THE
INMATE IS INSTRUCTED TO INFORM THE INMATE OF THE SOURCE AND CONTENT OF YOUR
DETAINER, AND TO GIVE SUBJECT A COPY ATTACHED. ADDITIONALLY, THE WARDEN HAS
BEEN INSTRUCTED TO ADVISE THE INMATE THAT HE  MAY REQUEST FINAL DISPOSITION
OF ANY UNTRIED INDICTMENT, INFORMATION, OR COMPLAINT, BY WRITING THE COURT
AND DISTRICT ATTORNEY WHERE THESE CHARGES ARE PENDING. IF CHARGES AGAINST
THIS SUBJECT ARE WITHDRAWN PRIOR TO THE EXPIRATION OF HIS PENITENTIARY SENT-
ENCE, REQUEST YOU ADVISE THIS OFFICE.

CURRENT SHORT TIME RELEASE DATE IS: 22 MAY 2006
PAROLE HEARING SETUP DATE IS: FEB 2006

ADDITIONAL DETAINERS CURRENTLY IN EFFECT ARE:

| AGENCY | OFFENSE | DATE |
|--------|---------|------|
| 1. DALE CO SO | POSS MARIJUANA II | 10/13/2005 |
| 2. DALE CO SO | U/P DRUG PARA;CCW/STATE | 10/13/2005 |

                    VERY TRULY YOURS,


                    KATHY HOLT
                    INMATE RECORDS ADMINISTRATION


                    BY: _____
                    DETAINER CLERK




CC: WARDEN/DIR/SUPT: ALEX CITY COMM WORK CENTER
    PAROLE BOARD, 1400 LLOYD STREET, MONTGOMERY, AL., 36130-1501
    INMATE CENTRAL FILE

**U.S. Department of Justice**
United States Marshals Service
One Church Street, Suite A-100
Montgomery, AL 36104 Phone (334) 223-7728 Fax (334) 223-7726



33-9735

# DETAINER
## AGAINST SENTENCED PRISONER

### UNITED STATES MARSHAL
### MIDDLE DISTRICT OF ALABAMA

JAN 3 1 2006

CENTRAL RECORDS OFFICE

COPY

Alabama Department of Corrections
P. O. Box 301501
Montgomery, AL 36130

**DATE:** January 31, 2006 ,
**SUBJECT:** POUNCY, Keith
**AKA:** None Known  B/M
**DOB/SSN:** 
**USMS #:**                          AIS # 242753
**CR#:**   06-29-MHT
**Located at Alex City WR**

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the Middle District of Alabama has issued an **arrest warrant** charging the subject with **VIOLATION OF THE GUN CONTROL ACT; POSSESSION OF MARIJUANA and POSSESSION OF COCAINE HYDROCHLORIDE.**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act **APPLY** to this Detainer because the Detainer is based on pending Federal criminal charges which have not yet been tried. Pursuant to the provisions of the Interstate Agreement on Detainers Act (IADA), a person serving a sentence of imprisonment in any penal institution against whom a detainer is lodged (based on pending Federal criminal charges which have not yet been tried) must be advised that a Detainer has been filed and that the prisoner has the right to demand speedy trial on those charges. **Accordingly, please advise the subject that a Detainer has been filed against him/her and that under the IADA, he/she has the right to demand speedy trial on the charges.** If your office does not have an official form for such purposes, the statements contained in this Form below may be used.

### INSTRUCTIONS FOR COMPLETION OF STATEMENTS

1. Please read or show the following to the subject:

"You are hereby advised that a Detainer has been filed against you on _____ Federal criminal charges filed against you in the U.S. District Court for the Middle District of Alabama. With regard to answering these charges, you are hereby advised that you have the right to demand a speedy trial under the Interstate Agreement on Detainers Act (IADA). Under the IADA, you have the right to be brought to trial within 180 days after you have caused to be delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court, written notice of your request for a final disposition of the charges against you. Because the 180-day time limit may be tolled by virtue of delays attributable to you, you should periodically inquire as to whether your written notice of request for a final disposition of the charges against you has been received by the appropriate U.S. Attorney and the appropriate U.S. District Court. You are hereby advised that the 180-day time limit does not commence until your written notice of request for final disposition of the charges against you has actually been delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court.

If you have any questions regarding the provisions of the IADA, you should contact your attorney or the U.S. Attorney for the Southern District of Alabama."

Form USM-17
Est. 11/98

2.      Please execute the following:

The foregoing was read to or by subject and a copy of the Detainer was delivered to him on

_____.
                (date)

        Signed:_____        Title: _____

3.      Please have the prisoner execute the following:

        "I have read or have been read the above paragraph notifying me that a Detainer has been lodged
against me and that I have the right to demand speedy trial on the charge(s). I (do) (do not) demand a
speedy trial on the charge(s). I understand that if I do request a speedy trial, this request will be delivered
to the Office of the United States Attorney who caused the Detainer to be filed. I also understand that my
right to a speedy trial under the IADA is the right to be brought to trial within 180 days after my written
notice of request for a final disposition of the charges against me has actually been delivered to the
appropriate U.S. Attorney and the appropriate U.S. District Court. I further understand that the 180-day
time limit may be tolled by any delays attributable to me, and that I must periodically inquire as to whether
my written notice of request for a final disposition of the charges against me has been received by the
appropriate U.S. Attorney and appropriate U.S. District Court. Finally, I understand that if at any time
hereafter I desire to demand speedy trial and have not already done so, I can inform my custodian who will
then cause the request to be forwarded to the appropriate U.S. Attorney."

_____                    _____ 2-17-06
(Witness)                                          (Signature of Prisoner and Date)

                                                   Keith Poun cy
                                                   (Typed or Printed Name of Prisoner)

4.      Please acknowledge receipt of this detainer. In addition, please provide one copy of the Detainer to the
prisoner, return one copy of the Detainer to this office in the enclosed self-addressed envelope, and, if the prisoner
demands a speedy trial, forward the Detainer together with the Certificate of Inmate Status by registered or
certified mail to the U.S. Attorney for the Middle District of Alabama and the U.S. District Court for
the Middle District of Alabama.

5.      If the prisoner does not demand a speedy trial at this time and further elects to demand a speedy trial on
the charge(s) at a later date, you should obtain a new set of this Form USM-17 from the United States Marshal,
have the prisoner complete the amended form, and follow the instructions contained in paragraph 4 above.

Your cooperation is greatly appreciated.

                                        Very truly yours,

                                        Jesse Seroyer, Jr.
                                        United States Marshal

                                        By: Debi Brewer
                                            Criminal Program Specialist

┌─────────────────────────────┐
│           RECEIPT           │
│  Date: 2 - 1 - 0 6          │
│  Signed: Brenda Caballero   │
│  By: Brenda Caballero       │
│  Title: Detain Clerk        │
└─────────────────────────────┘



RECEIVED
JAN 31 2006
CENTRAL RECORDS OFFICE

PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED