IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-29-MHT |
| | ) | |
| KEITH POUNCY | ) | |

## O R D E R

Upon consideration of the government's Motion for Writ of Habeas Corpus ad prosequendum (Doc. # 9), filed April 5, 2006, and for good cause,

it is ORDERED that the motion be and hereby is GRANTED. It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Draper Correctional Facility, Elmore, Alabama, commanding them to deliver the said Keith Pouncy to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on April 19, 2006, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

Done, this 10th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE