| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

------------------------------------------------------------------------------------------

√ INITIAL APPEARANCE            DATE: April 17, 2006
☐ BOND HEARING
☐ DETENTION HEARING             Digital Recording 3:15 - 3:25
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 1:06cr29-MHT            **DEFENDANT NAME:** Keith Pouncy

**AUSA:** Verne Speirs             **DEFT. ATTY:** Kevin Butler

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:**

Interpreter needed: ( √ ) NO; ( ) YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest April 14, 2006 or ☐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐ set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| ☐ | ☐ BOND EXECUTED (M/D AL charges) $. Deft released |
| ☐ | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ☐ Set for DISCOVERY DISCLOSURE DATE: April 21, 2006 |
| ☐ | WAIVER of Speedy Trial. CRIMINAL TERM: August 7, 2006 |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |