**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**

---

| | |
|---|---|
| ❒ INITIAL APPEARANCE | DATE: May 8, 2006 |
| √ BOND HEARING | |
| ❒ DETENTION HEARING | Digital Recording 4:30 - 4:35 |
| ❒ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❒ REMOVAL HEARING (R.40) | |
| ❒ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 1:06cr29-MHT    **DEFENDANT NAME:** Keith Pouncy

**AUSA:** Verne Speirs    **DEFT. ATTY:** Donnie Bethel

**Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Ron Thweatt

**Interpreter needed:** (√) NO; ( ) YES   Name:

---

| | |
|---|---|
| ❒ | Date of Arrest or ❒ Arrest Rule 40 |
| ❒ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| ❒ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❒ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒ set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒Set for DISCOVERY DISCLOSURE DATE: |
| ❒ | WAIVER of Speedy Trial. CRIMINAL TERM: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |