| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** May 15, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:16 - 3:17 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 1:06cr029-MHT     **DEFENDANT(S)** Keith Pouncy

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | Jennifer Hart |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**
    None pending

☐ **PLEA STATUS:**
    Plea discussions
    Plea notice to be filed on or before noon on July 26, 2006

☐ **TRIAL STATUS**
    Trial time 1 - 1½ days

☐ **REMARKS:**