| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:46 - 3:47 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:06cr29-MHT | **DEFENDANT(S)** Keith Pouncy |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | Jennifer Hart |

☐ **DISCOVERY STATUS:**
  Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
  Plea negotiations
  Plea notice to be filed on or before noon July 26, 2006

☐ **TRIAL STATUS**
  Trial time - 2 days

☐ **REMARKS:**