IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr29-MHT |
| | ) | |
| KEITH POUNCY | ) | |

NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTION
PURSUANT TO TITLE 21, UNITED STATES CODE, SECTION 851

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant Keith Pouncy with notice of information of a prior felony drug conviction for the purpose of increased punishment in accordance with Title 21, United States Code, Section 851.

Specifically, Defendant Keith Pouncy was convicted of Unlawful Possession of a Controlled Substance on or about September 8, 2004, in the Circuit Court of Coffee County, Alabama, under case number CC-2004-26.

The United States has provided the defendant with a certified copy of this previous conviction.

Respectfully submitted this 31st day of July, 2006.

                                                LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              /s/ Verne H. Speirs
                                              VERNE H. SPEIRS
                                              Assistant United States Attorney
                                              1 Court Square, Suite 201
                                              Montgomery, Alabama 36104
                                              Phone: (334) 223-7280
                                              Fax: (334) 223-7135
                                              verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr29-MHT |
| | ) | |
| KEITH POUNCY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer A. Hart.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
verne.speirs@usdoj.gov