**COURTROOM DEPUTY'S MINUTES**         DATE: July 31, 2006
**MIDDLE DISTRICT OF ALABAMA**         DIGITAL RECORDING: 3:41 - 4:00
                                       COURT REPORTER: Risa Entrekin

☐ **ARRAIGNMENT**          √ **CHANGE OF PLEA**          ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:06cr29-MHT                  **DEFENDANT NAME:** Keith Pouncy
**AUSA:** Verne Speirs                          **DEFENDANT ATTORNEY:** Michael Petersen
                                               Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
                                               ( ) appointed at arraignment; (√) standing in for: Jennifer Hart

**PTSO/USPO:** Kevin Poole
**Interpreter present?** (√)NO; ( )YES  Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    ☐ Not Guilty
             √ **Guilty as to:**
                 √ Count(s): 1 & 3
                 √ Count(s):  2          ☐ dismissed on oral motion of USA
                                         √ to be dismissed at sentencing
√ Written plea agreement filed    ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1 & 3 of the Indictment.
☐ **CRIMINAL TERM:**          ☐ **WAIVER OF SPEEDY TRIAL** filed.
             **DISCOVERY DISCLOSURE DATE:**
√ **ORDER:** Defendant continued under √ same bond; ☐ summons; for:
         ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
         ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
             ☐ Defendant requests time to secure new counsel