**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No.: 1:06cr29-MHT** |
| ) | |
| **KEITH POUNCY** ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW the Defendant, **KEITH POUNCY**, by and through undersigned counsel, Jennifer A. Hart, and moves this Court to continue his sentencing hearing past the presently scheduled date of November 15, 2006. As grounds for granting this Motion, Defendant would show:

1. Keith Pouncy was charged in a three-count indictment filed in January 2006. In Count 1, Mr. Pouncy was charged with being a felon in possession of a firearm. In Counts 2 and 3, Mr. Pouncy was charged with possession of marijuana and cocaine, respectively.

2. On July 31, 2006, Mr. Pouncy entered a guilty plea, pursuant to a written plea agreement, to Counts 1 and 3.

3. However, since the entry of the plea, the parties have learned that Mr. Pouncy was previously convicted in the state for possession of cocaine, the same offense charged in Count 3.

4. The parties have agreed that Mr. Pouncy should not be convicted in federal court for the identical offense for which he was previously convicted in state court. Thus, the parties wish to revise the previously entered plea agreement. (It is anticipated that such "revision" would include more that simply dismissing Count 3.)

5. In order that the parties may enter into a "substitute" plea agreement, Mr. Pouncy requests that his sentencing hearing be continued. Mr. Pouncy is currently released on bond and is

in compliance with the terms of his pretrial release.

6.  The Government, through Assistant United States Attorney Verne Speirs, has no objection to the granting of a continuance.

7.  The United States Probation Office, through United States Probation Officer P. Douglas Mathis, has no objection to the granting of a continuance.

**WHEREFORE**, based upon the foregoing, Keith Pouncy respectfully requests that his sentencing hearing be continued past the previously scheduled November 15, 2006 date.

Dated this 8th day of November 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire

                              Respectfully submitted,

                              s/Jennifer A. Hart
                              **JENNIFER A. HART**
                              FEDERAL DEFENDERS
                              MIDDLE DISTRICT OF ALABAMA
                              201 Monroe Street, Suite 407
                              Montgomery, AL 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              jennifer_hart@fd.org
                              AL Bar Code: HAR189