IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr29-MHT |
| KEITH POUNCY | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to continue sentencing (doc. no. 34) is granted.

(2) Sentencing for defendant Keith Pouncy, now set for November 15, 2006, is reset for December 14, 2006, at 2:00 p.m., at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 9th day of November, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE