# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT MONTGOMERY   ALABAMA

DATE COMMENCED  December 14, 2006           AT  2:25   A.M./P.M.

DATE COMPLETED  December 14, 2006           AT  2:35   A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            1:06cr29-MHT
        VS.

KEITH POUNCY

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Verne H. Speirs | X | Atty Jennifer A. Hart |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Danielle Goldstein, | Risa Entrekin, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:       SENTENCING HEARING

2:25 p.m.            Sentencing hearing commenced. Defendant's
                     Oral Corrections to paragraphs 54 and 55 of
                     the Presentence Investigation Report as
                     stated on the record. Terms of plea
                     agreement stated on the record. Probation
                     concurs with plea agreement. Court accepts
                     plea agreement. Sentence Imposed; **ORAL ORDER**
                     during sentence imposition granting motion
                     for reduction in criminal offense level.
                     Government's **ORAL MOTION** to dismiss Count 2
                     if the indictment. **ORAL ORDER** granting Oral
                     Motion to Dismiss
2:35 p.m.            Hearing concluded.